IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHARLOTTE CARROLL, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | No. 3:25-CV-127-X-BN |
| | § | |
| VIVID SEATS, LLC, | § | |
| | § | |
| *Defendant.* | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 16). No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Plaintiff Charlotte Carroll's motion to remand (Doc. 7) is therefore **DENIED**.

**IT IS SO ORDERED** this 6th day of March, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE