IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHARLOTTE CARROLL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:25-cv-0127-X |
| | § | |
| VIVID SEATS, LLC, | § | |
| | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 24). No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Therefore, the Court **GRANTS** the motions to expedite (Doc. 23) and the motion to stay and compel arbitration (Doc. 9). The Court **DENIES** the motion to strike (Doc. 12) and the motion for leave to amend (Doc. 18). Pursuant to the findings, conclusions, and recommendation of the Magistrate Judge, and this Order accepting those findings, conclusions, and recommendation, this case is referred to arbitration. The parties are **ORDERED** to file joint status reports every six months from the date of this order.

**IT IS SO ORDERED** this 9th day of April, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE